UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Laezza, Nicholas            Case No.:    17-12746-CMG

Chapter:    7

Judge:    Christine M. Gravelle

### NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin,    Chapter 7 Trustee    in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> > Clerk of the U.S. Bankruptcy Court
> > U.S. Courthouse, 1st floor
> > 402 E. State Street
> > Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on April 25, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 3 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real estate located at:
> 161 Heather St.
> Browns Mills, NJ
>
> Valued at $175,000.00

> Liens on property:
>
> Queens Park Oval Asset
> $317,532.00

> Amount of equity claimed as exempt:
>
> $0.00

Objections must be served on, and requests for additional information directed to:

Name:    Andrea Dobin, Trustee

Address:    Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12746-CMG
Nicholas Laezza                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 23, 2017
                              Form ID: pdf905          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
```
db           +Nicholas Laezza,    161 Heather St,    Browns Mills, NJ 08015-2036
516643010     Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
516643012     HSBC BANK N.A.,    PO Box 4657,    Carol Stream, IL 60197-4657
516643011     Haynes Run Apartments,    1203 Haynes Run,    Medford, NJ 08055-2251
516643014     KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
516643015     NASPAC1, LLC,    404 Creek Crossing Blvd,    Hainesport, NJ 08036-2768
516643016     Pathology Associates of Princeton,    4 Princess Rd Ste 207,    Lawrenceville, NJ 08648-2322
516643017     Pemberton Township M.U.A.,    131 Fort Dix Rd,    Pemberton, NJ 08068-1403
516643019     Princeton Healthcare System,    PO Box 4045,    Gaithersburg, MD 20885-4045
516643021     Queen's Park Oval Asset Holding Trust,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516643022     RABC,    1295 Route 38,    Hainesport, NJ 08036-2702
516643023     Robert G. Swan, Esquire,    3720 Nottingham Way,    Hamilton Square, NJ 08690-3802
516643024     Roundpoint Servicing Corporation,    PO Box 19789,    Charlotte, NC 28219-9789
516643025     South Jersey Eye Physician,    Blason III,    509 S Lenola Rd Bldg 11,
               Moorestown, NJ 08057-1556
516643026     South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516643027     Southern Jersey Family Medical Centers,    PO Box 1208,    Hammonton, NJ 08037-5208
516643028     State of New Jersey,    Surcharge Violation System,    PO Box 4580,    Trenton, NJ 08610-0580
516643029     Township of Pemberton,    Solid Waste Department,    500 Pemberton Browns Mills Rd,
               Pemberton, NJ 08068-1539
516643030     Virtua Health,    PO Box 8500,    Philadelphia, PA 19178-8500
516643031     Virtua Medical Group PA,    PO Box 6028,    Bellmawr, NJ 08099-6028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2017 22:55:06     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2017 22:55:04     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516643009     E-mail/Text: banko@berkscredit.com Mar 23 2017 22:54:46     Berks Credit and Collection,
               900 Corporate Dr,    Reading, PA 19605-3340
516643013     E-mail/Text: jacksonb@bbmkenterprises.com Mar 23 2017 22:55:45     Ion of Bergen,
               71 James Way,    Eatontown, NJ 07724-2272
516643018     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 22:58:51
               Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
516643020     E-mail/Text: admin@pdminc.net Mar 23 2017 22:54:19     Professional Debt,
               7948 Baymeadows Way Fl 2,    Jacksonville, FL 32256-8539
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
```
              Amy L. Knapp    on behalf of Debtor Nicholas Laezza  alk@sgoldsteinlaw.com,
               G31979@notify.cincompass.com;notices@uprightlaw.com
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    QUEEN'S PARK OVAL ASSET HOLDING TRUST
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```